made August 22, 1962 and entered September 10, 1962, which denied his *coram nobis* application to vacate a judgment of said court rendered February 19, 1960. Motion granted on consent; appeal withdrawn. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ SHORE ROAD HOLDING CORPORATION, Respondent, v. AIR MODERN INC., Defendant, and WESTINGHOUSE ELECTRIC CORPORATION, Appellant.— Motion by defendant Westinghouse for a stay, pending its appeal from order denying its motion to require the plaintiff to make its complaint more definite and certain. Motion denied. On the court's own motion, said defendant's time to answer the complaint is extended until 15 days after entry of order determining the appeal, on condition that it perfect and be ready to argue or submit the appeal at the January Term, beginning January 2, 1963; appeal ordered on the calendar for said term. The record and said defendant's brief must be served and filed on or before December 3, 1962. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ MINNIE MURPHY, Respondent, v. NEW YORK CITY TRANSIT AUTHORITY et al., Defendants. MINNIE MURPHY, Respondent, v. ELVIRA MAVARINI, Appellant.— On the call of the calendar, upon motion by appellant, appeal dismissed, without costs. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.

■ SUSAN RISHIN, Respondent, v. MARVIN RISHIN, Appellant. SUSAN RISHIN, Respondent, v. MARVIN RISHIN, Appellant, et al., Defendants.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated June 7, 1962, requiring him to perfect his appeal for the October 1962 Term. The stay heretofore granted is vacated. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.

■ LUCILLE WASSERMAN, Also Known as LUCILLE W. BAKER, Respondent, v. JACOB WASSERMAN, Also Known as JACK W. BAKER, Appellant.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated June 12, 1962, requiring him to perfect his appeal for the October 1962 Term. The stay heretofore granted is vacated. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN MORGAN, Appellant.— Motion by appellant for reargument denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST HOLLEY, Appellant.— Oral motion to dismiss appeal, made on the call of the calendar, denied. Motion by appellant to enlarge time to perfect his appeal, granted; time enlarged to the January Term, beginning January 2, 1963; appeal ordered on the calendar for said term. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ JUDITH L. ABELSON, Appellant, v. JACOB RIBOTSKY, Respondent.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated May 14, 1962, requiring her to perfect her appeal for the October 1962 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ ARTHUR A. MARTIGNETTI, Respondent, v. JENNIE DE LANO, Appellant.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated May 14, 1962, requiring her to perfect her appeal for the October 1962 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ ROGER SCHMIDT et al., Appellants, v. BARMARC STEEL CORP. et al., Respondents and Third-Party Plaintiffs. THOM G ROME, Third-Party Defend-